UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ANDRE DREW, | : | VIOLATIONS: |
| Defendant. | : | |
| | : | 18 U.S.C. § 2251(a) |
| | : | (Enticing Minor to Engage in Sexual |
| | : | Conduct for the Purpose of Production); |
| | : | 22 D.C. Code § 3008 |
| | : | (First Degree Child Sexual Abuse); |
| | : | 22 D.C. Code § 3009 |
| | : | (Second Degree Child Sexual Abuse) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

Between on or about October 1, 2005, and December 9, 2005, the exact date being unknown to the Grand Jury, within the District of Columbia, **ANDRE DREW** did use, persuade, induce, and entice a person under the age of eighteen, that is, D.B., age 12, to engage in sexually explicit conduct, specifically, oral-genital sexual intercourse and anal-genital sexual intercourse, for the purpose of producing visual depictions of such conduct, specifically photographs, such photographs having been produced using materials that had been transported by any means in interstate commerce.

**(Enticing a Minor to Engage in Sexual Conduct for the purpose of Production,** in violation of 18 U.S.C. 2251(a))

## COUNT TWO

Between on or about October 1, 2005, and on or about December 9, 2005, the exact date being unknown to the Grand Jury, **ANDRE DREW**, being more than four years older than D.B., a child under 16 years of age, that is, 12 years of age, caused that child to engage in a sexual act, that is, caused D.B. to place his mouth on the penis of A.B., a 13-year-old male.

(**First Degree Child Sexual Abuse,** in violation of 22 D.C. Code Sections 3008 (2001 ed.))

## COUNT THREE

On numerous occasions between on or about June 1, 2005, and on or about December 9, 2005, any one and all of which constitute the offense of First Degree Child Sexual Abuse, but which the Grand Jury cannot further differentiate by date, at 135 P Street, N.W. within the District of Columbia, Andre Drew, being more than four years older than D.B., a child under sixteen years of age, that is, 12 years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is contact between Andre Drew's mouth and D.B.'s penis.

(**First Degree Child Sexual Abuse**, in violation of 22 D.C. Code Sections 3008 (2001 ed.))

## COUNT FOUR

On numerous occasions between on or about June 1, 2005 and on or about December 9, 2005, any one and all of which constitute the offense of First Degree Child Sexual Abuse, but which the Grand Jury cannot further differentiate by date, at 135 P Street, N.W. within the District of Columbia, Andre Drew, being more than four years older than D.B., a child under sixteen years of age, that is, 12 years of age, engaged in sexual contact with that child and caused that child to engage

in sexual contact, that is contact between Andre Drew's penis and D.B.'s buttocks with the intent to abuse, humiliate, harass, degrade and arouse and gratify the sexual desire of Andre Drew and D.B.

(**Second Degree Child Sexual Abuse**, in violation of 22 D.C. Code Sections 3009 (2001 ed.))

A TRUE BILL.

FOREPERSON:

Attorney of the United States in
and for the District of Columbia