# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 07-007 | MAGIS. NO: |
| V. <br> ANDRE DREW | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> Andre Drew | |
| DOB:    PDID: | | **FILED** <br> JAN 26 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF:  INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

ENTICING MINOR TO ENGAGE IN SEXUAL CONDUCT FOR THE PURPOSE OF PRODUCTION;

FIRST DEGREE CHILD SEXUAL ABUSE ;

SECOND DEGREE CHILD SEXUAL ABUSE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18:2251(a); 22 D.C. Code: 3008; and 22 D.C. Code 3009

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: <br> MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED <br> 1/9/07 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: *[signature]* | DATE: <br> 1/9/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER <br> DAVID Baldwin <br> SDUSM | SIGNATURE OF ARRESTING OFFICER <br> *David Baldwin* |
|---|---|---|
| DATE EXECUTED  1-26-07 | | |
| HIDTA CASE:  Yes ___ No X | | OCDETF CASE:  Yes ___ No X |

294037