NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  1:07-CR-00007

**Andre Drew**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA        [ ] RETAINED        [ ] FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

**Danny C. Onorato (#480043)**
*(Attorney & Bar ID Number)*

Schertler & Onorato, LLP
*(Firm Name)*

601 Pennsylvania Avenue, NW, North Building, 9th Floor
*(Street Address)*

**Washington, DC 20004**
*(City)         (State)         (Zip)*

**(202) 628-4199**
*(Telephone Number)*