## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 07-007 (GK)** |
| | ) | |
| **ANDRE DREW** | ) | |
|     **Defendant.** | ) | |

## MOTION FOR BILL OF PARTICULARS

Andrew Drew, by and through undersigned counsel, hereby respectfully moves this Court, pursuant to Fed. R. Crim. Pro. 7 (f), to order the government to issue a Bill of Particulars in the above-captioned matter.  In support of this Motion, Mr. Drew states the following:

### I.  BACKGROUND

On February 22, 2006, a fourteen count indictment was filed against Mr. Drew with similar criminal charges related to the same alleged conduct in the Superior Court for the District for Columbia ("Superior Court").  On January 31, 2007, after the same United States Attorney's Office who charged Mr. Drew in Superior Court issued a four-count indictment in this Court, the Superior Court dismissed the indictment for want of prosecution.

Currently, Mr. Drew is charged in a four-count indictment with the following crimes: Enticing a Minor to Engage in Sexual Conduct for the Purpose of Production, in violation of 18 U.S.C. §2251(a) (Count One), First Degree Child Sexual Abuse, in violation of 22 D.C. Code § 3008 (2001 ed.) (Counts Two and Three), and Second Degree Child Sexual Abuse, in violation of 22 D.C. Code § 3009 (2001 ed.) (Count Four).

### II.  STATEMENT OF POINTS AND AUTHORITIES

Federal Rule of Criminal Procedure 7 (f) states that "[t]he [C]ourt may direct the government to file a bill of particulars."  Courts should "grant such motions when 'necessary to

prevent unfair surprise at trial.'"  *U.S. v. Anderson*, 441 F.Supp.2d 15, 19 (D.D.C. 2006) (internal citation omitted).  The purpose of a bill of particulars is to inform the defendant such that he may prepare a proper defense and also avoid surprise."  *Davis v. U. S.*, 315 A.2d 157, 161 (D.C. 1974).

In the present indictment, each count merely contains a one sentence allegation that lacks any factual information surrounding the charges.  Furthermore, it alleges that the charged conduct may have occurred at any point over the course of three to six months.  It inadequately informs Mr. Drew of the charges against him and thus is insufficient for Mr. Drew to properly prepare a defense and avoid surprise at trial in this matter.

For the above reasons, Mr. Drew respectfully requests factual information as to where each of the alleged charges occurred, when each of the alleged charges occurred, and the following particulars:

### Count One

    a.  The facts that establish that Mr. Drew used D.B. to engage in sexually explicit conduct.

    b.  The facts that establish that Mr. Drew persuaded D.B. to engage in sexually explicit conduct.

    c.  The facts that establish that Mr. Drew induced D.B. to engage in sexually explicit conduct.

    d.  The facts that establish that Mr. Drew enticed D.B. to engage in sexually explicit conduct.

e.  The facts that establish that Mr. Drew used, persuaded, induced, and enticed D.B. to engage in sexually explicit conduct for the purpose of producing visual depictions.

## Count Two

f.  The facts that establish that Mr. Drew caused D.B. to engage in a sexual act with A.B.

## Count Three

g.  The facts that establish that Mr. Drew engaged in a sexual act with D.B.

h.  The facts that establish that Mr. Drew caused D.B. to engage in a sexual act.

## Count Four

i.  The facts that establish that Mr. Drew engaged in sexual contact with D.B.

j.  The facts that establish that Mr. Drew caused D.B. to engage in sexual contact with Mr. Drew.

k.  The facts that establish that Mr. Drew engaged in sexual contact with D.B. with the intent to abuse D.B.

l.  The facts that establish that Mr. Drew engaged in sexual contact with D.B. with the intent to humiliate D.B.

m.  The facts that establish that Mr. Drew engaged in sexual contact with D.B. with the intent to harass D.B.

n.  The facts that establish that Mr. Drew engaged in sexual contact with D.B. with the intent to degrade D.B.

o.  The facts that establish that Mr. Drew engaged in sexual contact with D.B. with the intent to arouse and gratify the sexual desire of Mr. Drew and D.B.

**WHEREFORE**, Mr. Drew, by and through undersigned counsel, respectfully requests that the Court order the government to provide the defense with a Bill of Particulars, as outlined above. Such a Bill is necessary in order for Mr. Drew to adequately prepare for trial in this matter. A proposed order is attached for the Court.

Respectfully submitted,

**SCHERTLER & ONORATO, L.L.P.**

_____
                /s/
Danny Onorato (D.C. Bar No. 480043)
Michael Starr (D.C. Bar No. 461773)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C.  20004
202-628-4199 *telephone*
202-628-4177  *facsimile*

Counsel for Andre Drew

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion was served electronically on this 20th day of March 2007, to the following:


Julieanne Himelstein
Denise A. Simmonds
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20001
(202) 514-8203 (tel.)
(202) 305-8537 (fax)
julieanne.himelstein@usdoj.gov
denise.simmonds@usdoj.gov


_____/s/_____
Danny Onorato

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 07-007 (GK)** |
| | ) | |
| **ANDRE DREW** | ) | |
| **Defendant.** | ) | |

**(PROPOSED) ORDER**

       **BASED UPON** Defendant Andre Drew's Motion for a Bill of Particulars and the authorities cited therein; and having considered any response to that Motion and being otherwise fully advised, this Court:

       **ORDERS** that said Motion be, and the same hereby is, **GRANTED**.

       **ORDERED** in chambers at the United States District Courthouse, this ___ day of _____, 2007.


_____
Honorable Gladys Kessler
United States District Court Judge


cc:    Counsel of Record