UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 07-007 (GK) |
| | ) | |
| ANDRE DREW | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO LATE FILE MOTION TO SUPPRESS TANGIBLE EVIDENCE AND STATEMENTS AND INCORPORATED STATEMENT OF POINTS AND AUTHORITIES**

Andre Drew, by and through undersigned counsel, hereby respectfully moves this Court to grant him leave to move to suppress all tangible evidence and statements made by him pursuant to the Fourth and Fifth Amendments to the United States Constitution. In support of his motion, Mr. Drew states the following.

I. **INTRODUCTION**

On February 22, 2006, a fourteen count indictment was filed against Mr. Drew with similar criminal charges related to the same alleged conduct in the Superior Court for the District for Columbia ("Superior Court"). On January 31, 2007, after the same United States Attorney's Office that charged Mr. Drew in Superior Court, issued a four-count indictment in this Court, the Superior Court dismissed the indictment for want of prosecution.

Currently, Mr. Drew is charged in a four-count indictment with the following crimes: Enticing a Minor to Engage in Sexual Conduct for the Purpose of Production, in violation of 18 U.S.C. §2251(a) (Count One), First Degree Child Sexual Abuse, in violation of 22 D.C. Code § 3008 (2001 ed.) (Counts Two and Three), and Second Degree Child Sexual Abuse, in violation of 22 D.C. Code § 3009 (2001 ed.) (Count Four).

II. **ARGUMENT**

Mr. Drew respectfully submits that the physical evidence seized from his home and vehicle should be suppressed as the searches of those locations violated his Fourth Amendment rights. Further, Mr. Drew maintains that any alleged statement made by him subsequent to his arrest should be suppressed as it was made involuntarily and obtained in violation of his rights Fifth Amendment rights pursuant to *Miranda v. Arizona*, 384 U.S. 436, 475-79 (1966).

However, pursuant to the government's opposition motion to Mr. Drew's Motion to Suppress Tangible Evidence and Statements and a subsequent phone conversation with government counsel, it is undersigned counsel's understanding that the government does *not* intend to introduce any physical evidence allegedly seized during the course of its search of Mr. Drew's home and vehicle or any alleged statements made by Mr. Drew subsequent to his arrest. As such, Mr. Drew reserves the right to raise a suppression argument in the event the government modifies its position in this regard.

**WHEREFORE**, for the reasons set forth above and for such additional reasons that may arise pursuant to an evidentiary hearing on this motion, Mr. Drew respectfully requests that the Court grant him leave to file a motion to suppress as evidence in this case all statements allegedly made, and any additional fruits thereof in the event that the government intends to introduce such evidence in its case in chief.

        Respectfully submitted,

        **SCHERTLER & ONORATO, L.L.P.**

        /s/
-----------------------------------
Danny Onorato (D.C. Bar No. 480043)
Michael Starr (D.C. Bar No. 461773)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C.  20004
202-628-4199 *telephone*
202-628-4177  *facsimile*

Counsel for Andre Drew

**CERTIFICATE OF SERVICE**

     I hereby certify that copies of was served electronically, on this _____ day of March 2007, to the following:

Julieanne Himelstein
Denise A. Simmonds
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 514-8203 (tel.)
(202) 305-8537 (fax)
julieanne.himelstein@usdoj.gov
denise.simmonds@usdoj.gov

                                  _____/s/_____
                                  Danny Onorato

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | **CRIMINAL NO. 07-007 (GK)** |
| ) | |
| **ANDRE DREW** ) | |
|     **Defendant.**    ) | |

### (PROPOSED) ORDER

**BASED UPON** Defendant Andre Drew's Motion to Suppress Tangible Evidence and Statements and the authorities cited therein; and having considered any response to that Motion and being otherwise fully advised, this Court:

**ORDERS**, that said Motion be, and the same hereby is, **GRANTED**.

**ORDERED** in chambers at the United States District Courthouse, this ___ day of _____, 2007.

_____
Honorable Gladys Kessler
United States District Court Judge

cc:    Counsel of Record