# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 07-007 (GK)** |
| ) | |
| **ANDRE DREW** ) | |
| **Defendant.** ) | |

## NOTICE OF FILING

Andre Drew, by and through undersigned counsel, hereby respectfully files this Notice of Filing and attaches an Amended Proposed Order with regard to his Motion for Leave to Late File Motion to Suppress Tangible Evidence and Statements.

Respectfully submitted,

**SCHERTLER & ONORATO, L.L.P.**

_____/s/_____
Danny Onorato (D.C. Bar No. 480043)
Michael Starr (D.C. Bar No. 461773)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C. 20004
202-628-4199 *telephone*
202-628-4177 *facsimile*

*Counsel for Andre Drew*

1

**CERTIFICATE OF SERVICE**

I hereby certify that copies of was served electronically, on this 22nd day of March 2007, to the following:

Julieanne Himelstein
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 514-8203 (tel.)
(202) 305-8537 (fax)
julieanne.himelstein@usdoj.gov

_____/s/_____
Danny Onorato

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | CRIMINAL NO. 07-007 (GK) |
| ) | |
| ANDRE DREW   ) | |
|     Defendant.   ) | |

## (PROPOSED) ORDER

**BASED UPON** Defendant Andre Drew's Motion for Leave to Late File Motion to Suppress Tangible Evidence and Statements and the authorities cited therein; and having considered any response to that Motion and being otherwise fully advised, this Court:

**ORDERS**, that said Motion be, and the same hereby is, **GRANTED**;

**FURTHER ORDERED,** that Mr. Drew may file a Motion to Suppress Tangible Evidence and Statements _____ days before the trial in this matter.

**ORDERED** in chambers at the United States District Courthouse, this \_\_\_ day of _____, 2007.

_____
Honorable Gladys Kessler
United States District Court Judge

cc:   Counsel of Record

1