UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 07-007 (GK) |
| | ) | |
| ANDRE DREW | ) | |
| Defendant. | ) | |

**FILED**

**MAR 2 2 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

~~(PROPOSED)~~ ORDER

**BASED UPON** Defendant Andre Drew's Motion for Leave to Late File Motion to Suppress Tangible Evidence and Statements and the authorities cited therein; and having considered any response to that Motion and being otherwise fully advised, this Court:

**ORDERS**, that said Motion be, and the same hereby is, **GRANTED**;

**FURTHER ORDERED**, that Mr. Drew may file a Motion to Suppress Tangible Evidence and Statements *no later than April 9, 2007*. ~~days before the trial in this matter.~~

**ORDERED** in chambers at the United States District Courthouse, this _22nd_ day of _March_, 2007.

_____
Honorable Gladys Kessler
United States District Court Judge

cc:    Counsel of Record

1