UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 07-007 (GK) |
| | ) | |
| ANDRE DREW | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEFS**

Andre Drew, by and through undersigned counsel, hereby respectfully moves this Court to grant him leave to file his reply briefs in this matter on Monday, April 23, 2007. Pursuant to the Court's previous motions schedule, Mr. Drew's deadline to file said motions is Friday, April 20, 2007. However, due to undersigned counsel's unexpected business travel schedule, we respectfully request one extra business day to file the reply briefs. The government does not oppose the foregoing request.

**WHEREFORE**, for the above reasons, Mr. Drew respectfully requests that the Court extend his deadline to file his reply briefs in this matter until Monday, April 23, 2007.

Respectfully submitted,

**SCHERTLER & ONORATO, L.L.P.**

_____/s/_____
Danny Onorato (D.C. Bar No. 480043)
Michael Starr (D.C. Bar No. 461773)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C. 20004
202-628-4199 *telephone*
202-628-4177 *facsimile*

Counsel for Andre Drew

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 07-007 (GK) |
| ) | |
| ANDRE DREW ) | |
|    Defendant. ) | |

**(PROPOSED) ORDER**

BASED UPON the Defendant's Unopposed Motion to Extend Deadline to File Reply Briefs ("Motion"), and the government's non-opposition thereto,

IT IS HEREBY ORDERED THAT that Motion be, and hereby is, GRANTED, and it is, accordingly,

FURTHER ORDERED THAT the Reply Briefs will be filed on April 23, 2007.

Dated this _____ day of April, 2007.

_____
GLADYS KESSLER, JUDGE
UNITED STATES DISTRICT COURT