UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 07-007 (GK) |
| : | |
| ANDRE DREW : | |
|    Defendant. : | |

ADDENDUM TO GOVERNMENT'S MOTION IN LIMINE TO INTRODUCE
OTHER CRIMES AND BAD ACTS EVIDENCE PURSUANT TO
FEDERAL RULES OF EVIDENCE 404(b) AND 414

The United States Attorney, by and through the United States Attorney for the District of Columbia, hereby moves *in limine* for admission of additional evidence pursuant to Federal Rules of Evidence 404(b) and 414. The government relies upon the points and authorities cited in the previously filed Government's Motion In Limine to Introduce Other Crimes and Bad Acts Evidence Pursuant to Federal Rules of Evidence 404(b) and 414 and at any hearing on this matter to support its request for admission of this evidence.

I. **NOTICE OF GOVERNMENT'S INTENT TO SEEK ADMISSION OF ADDITIONAL EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 404(b) AND 414**

The government hereby gives notice to the defendant of its intention to seek to admit additional evidence pursuant to Federal Rules of Evidence 404(b) and 414.

Undersigned prosecutors recently located another young male victim. This witness will testify that when he was 13 years old, he met the defendant, who he will identify as "Thomas", in Baltimore. The defendant paid the victim to wash his car. The defendant provided the victim with beer and marijuana. The defendant bought a cell phone for the victim. The defendant treated the

victim to meals at restaurants.  The defendant allowed the victim to drive his car on the highway between D.C. and Baltimore.  The defendant took the victim to his house to spend the night, and while there, played video games.  The defendant introduced the victim as his son.

WHEREFORE, for the above-stated reasons, the government respectfully requests that this Court (1) grant its motion *in limine* to admit the proposed evidence pursuant to Rule 404(b) and Rule 414 of the Federal Rules of Evidence; and (2) deny the defendant's motion to exclude that evidence.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

Julieanne Himelstein
Assistant U.S. Attorney
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 514-8203

_____

Denise A. Simmonds
Assistant United States Attorneys
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-8077

CERTIFICATE OF SERVICE

     We hereby certify this _____ day of April 2007, that a true and correct copy of the Government's Motion In Limine to Admit Evidence Pursuant to Rules 404(b) and 414 and Opposition to the Defendant's Motion to Exclude Such Evidence, was served upon defense counsel, Danny Onorato, Schertler & Onorato, 601 Pennsylvania Avenue, N.W., North Building, 9th Floor, Washington, D.C. 20004.

_____
Julieanne Himelstein
Assistant U.S. Attorney

_____
Denise A. Simmonds
Assistant U.S. Attorney