UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 07-007 (GK) |
| | ) | |
| ANDRE DREW | ) | |
| Defendant. | ) | |

(PROPOSED) ORDER

FILED
APR 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BASED UPON the Defendant's Unopposed Motion to Extend Deadline to File Reply Briefs ("Motion"), and the government's non-opposition thereto,

IT IS HEREBY ORDERED THAT that Motion be, and hereby is, GRANTED, and it is, accordingly,

FURTHER ORDERED THAT the Reply Briefs will be filed on April 23, 2007.

Dated this 23rd day of April, 2007.

_____
GLADYS KESSLER, JUDGE
UNITED STATES DISTRICT COURT