UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 07-007 (GK)** |
| | ) | |
| **ANDRE DREW** | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR LEAVE TO LATE FILE REPLY BRIEFS

Andre Drew, by and through undersigned counsel, hereby respectfully moves this Court to grant him leave to late file his reply briefs in this matter. The Court had previously granted Mr. Drew until Monday, April 23, 2007, to file the pleadings. On that date, undersigned counsel spoke with Government counsel about getting more time to file the reply briefs. Government counsel agreed to the request.

**WHEREFORE**, for the above reasons, Mr. Drew respectfully requests that the Court grant him leave to late file his reply briefs in this matter.

Respectfully submitted,

**SCHERTLER & ONORATO, L.L.P.**

_____/s/_____
Danny Onorato (D.C. Bar No. 480043)
Michael Starr (D.C. Bar No. 461773)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C. 20004
202-628-4199 *telephone*
202-628-4177 *facsimile*

Counsel for Andre Drew

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 07-007 (GK)** |
| ) | |
| **ANDRE DREW** ) | |
|     **Defendant.** ) | |

## (PROPOSED) ORDER

BASED UPON the Defendant's Unopposed Motion for Leave to Late File Reply Briefs ("Motion"), and the government's non-opposition thereto,

IT IS HEREBY ORDERED THAT Motion be, and hereby is, GRANTED, and it is, accordingly,

FURTHER ORDERED THAT the Clerk of the Court shall accept for filing: (1) Reply Brief in Support of Motion to Exclude Evidence of Alleged Other Crimes and to Preclude Rule 414 Evidence; (2) Reply Brief to Government's Opposition to Defendant's Motion to Sever and Dismiss Joined Counts; and (3) Reply Brief to Government's Opposition to Defendant's Motion to Suppress Evidence and Statements.

Dated this _____ day of April, 2007.

_____
GLADYS KESSLER, JUDGE
UNITED STATES DISTRICT COURT