UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 07-007 (GK) |
| | ) | |
| ANDRE DREW | ) | |
| Defendant. | ) | |

~~(PROPOSED)~~ ORDER

**FILED**

APR 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BASED UPON the Defendant's Unopposed Motion for Leave to Late File Reply Briefs ("Motion"), and the government's non-opposition thereto,

IT IS HEREBY ORDERED THAT Motion be, and hereby is, GRANTED, and it is, accordingly,

FURTHER ORDERED THAT the Clerk of the Court shall accept for filing: (1) Reply Brief in Support of Motion to Exclude Evidence of Alleged Other Crimes and to Preclude Rule 414 Evidence; (2) Reply Brief to Government's Opposition to Defendant's Motion to Sever and Dismiss Joined Counts; and (3) Reply Brief to Government's Opposition to Defendant's Motion to Suppress Evidence and Statements.

Dated this 25th day of April, 2007.

GLADYS KESSLER, JUDGE
UNITED STATES DISTRICT COURT