UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 07-007 (GK) |
| | ) | |
| ANDRE DREW | ) | |
|     Defendant. | ) | |

## MOTION TO STRIKE EVIDENCE OF ALLEGED OTHER CRIMES AND 414 EVIDENCE

Andre Drew, by and through undersigned counsel, hereby submits this motion to strike evidence of alleged other crimes and uncharged misconduct pursuant to the Federal Rules of Evidence 401, 404(b), 403 and 414. Specifically, Mr. Drew asks the Court to prevent the government from introducing evidence of Mr. Drew's conviction for sodomy and kidnapping charges in the Superior Court. In support of this motion, Mr. Drew states the following.

F.R. Evid. 414 provides that the Government must disclose evidence of similar crimes that it intends to offer in child molestation cases "at least fifteen days before the scheduled date of trial." In this case, the prosecutor did provide such notice on or about April 18, 2007 (Docket #18). Specifically, the Government indicated that it would be introducing evidence of Mr. Drew's conviction in felony case F-4123-83 in the Superior Court. Counsel for Mr. Drew attempted to research the conduct in that underlying case and learned that case number does not involve any of the conduct that the government seeks to introduce in this case. As the court can see from Attachment 1, that matter involved a burglary case of a defendant named Taldredge A. Presson.

The Government has known about this information for a lengthy period of time and indeed has had more than 18 months prior to the May 7, 2007 trial date to correctly provide

1

notice under the rule to Mr. Drew.  The Government has failed to comply with the rule, and as such, its attempt to introduce 414 evidence must be denied.  Mr. Drew would be severely and irreparably prejudiced by the introduction of the evidence.

## CONCLUSION

WHEREFORE, Mr. Drew respectfully asks this Court to strike the government's notice of intention to introduce 414 evidence in this matter.

Respectfully submitted,

**SCHERTLER & ONORATO, L.L.P.**

_____/s/_____
Danny Onorato (D.C. Bar No. 480043)
Michael Starr (D.C. Bar No. 461773)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C.  20004
202-628-4199 *telephone*
202-628-4177  *facsimile*

*Counsel for Andre Drew*

**CERTIFICATE OF SERVICE**

      I hereby certify that copies were served electronically, on this 30th day of April 2007, to the following:

Julieanne Himelstein  
Denise A. Simmonds  
Assistant United States Attorneys  
United States Attorney's Office  
555 Fourth Street, N.W.  
Washington, D.C. 20001  
(202) 514-8203 (tel.)  
(202) 305-8537 (fax)  
julieanne.himelstein@usdoj.gov  
denise.simmonds@usdoj.gov  

                                                                                 _____/s/_____  
                                                                                  Danny Onorato

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 07-007 (GK)** |
| ) | |
| **ANDRE DREW** ) | |
|    **Defendant.** ) | |

## (PROPOSED) ORDER

BASED UPON the Defendant's Motion to Strike 414 Evidence,

IT IS HEREBY ORDERED THAT Motion be, and hereby is, GRANTED, and it is, accordingly,

FURTHER ORDERED THAT the Government not be allowed to introduce 414 evidence at the May 7, 2007 trial.

Dated this _____ day of _____, 2007.

_____
GLADYS KESSLER, JUDGE
UNITED STATES DISTRICT COURT

# ATTACHMENT 1

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**THE UNITED STATES**, **THE DISTRICT OF COLUMBIA**
Versus
Talmadge A. Presson

**FELONY**

| CROSS REFERENCE SEE: | |
|---|---|
| Number Desk Only | |
| Charges Filed | 1 |
| Felony | A |
| Misdemeanor | |
| Traffic | |
| D.C. | |

| Court File Date | LOCK UP | PDID | 200 880 |
|---|---|---|---|
| 7-15-83 | L-13 | CCR | 101 047 |

☐ CITATION  ☐ BOND  ☐ Collateral $_____  Page Number____

**NAME OF DEFENSE COUNSEL:** DENNIS SWEET
CODE S C A R DATE WITHDRAWN

**NAME OF PROSECUTOR:** CODE  COURT REPORTER: Tape # 16

| COUNTS | CHARGES |
|---|---|
| A | Burg II |
| B | |
| C–Z | |

### FILE DATE DISPOSITIONS
Count(s) _____ No Papers
Count(s) _____ Nolle Prosequi
Prosecutor: _____

Count(s) **A**   PLEA: ☐ Not Guilty ☐ Guilty   JUDGMENT: ☐ Not Guilty ☐ Guilty

### CONTINUED DATE
| | |
|---|---|
| ARRAIGNMENT | |
| FORENSIC REPORT | |
| PREL. HEARING | 7-29-83 |
| STATUS HEARING | |
| JURY TRIAL | |
| NON-JURY | |
| PROBATION R & S | |
| TRAFFIC SCHOOL | |

☑ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.
☑ PERSONAL RECOGNIZANCE
☐ Third Party Custodian
☐ Collateral Remains
☑ Defendant Advised of Penalties for Failure to Appear.

BOND IN THE AMOUNT OF  ☐ UNSECURED ☐ CASH ___% ☐ SURETY
☐ DEFENDANT COMMITTED  CLERK

JUDGE: Comm. Queen

A TRUE COPY TEST APR 2 6 2007
Clerk Superior Court of the District of Columbia
By: Deputy Clerk

### ADDITIONAL FILE DATE ENTRIES

### DISPOSED / PENDING
| CLOSED | Held G.J. | CONT. PAY | Show Cause | B/W | Status | Jury | Non Jury | Sent. | Others | Updated By |

### FINAL DISPOSITION ONLY
DATE: 23 AUG 83
"A" THIS MATTER IS DISMISSED AT GOVT'S REQUEST ACCUSED ENTERED A OF GUILTY IN M-1259-83 ABX

Count(s) _____ Nolle Prosequi  Prosecutor: _____

| COURT REPORTER | CLERK | JUDGE |
|---|---|---|
| C. SIMMONS 03.8 | LEE | MCINTYRE |

**All Counts Closed** — JACKET MAY GO TO CLOSED FILES

DISPOSED
| CLOSED | Held G.J. | CONT. PAY | Show Cause | B/W | Others |

**Diversion Programs**
Date Admitted _____
☐ ACCELERATED
☐ 1st OFFENDER
☐ CROSSROADS
☐ SPECIAL DIVERSION
☐ D.U.I. DIVERSION
☐ _____ DIVERSION

**PROBATION REFERRAL**
☐ 163 FILED
Sentence Date _____
Report Due Date _____
Date Jacket Ready For Probation _____
Date Received In Probation _____
Date Jacket Returned To Crim. Div. _____

Form CD(14)-1022/Aug 80

**F 4123 '83**

| DATE: JUL 29 1983 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN / JURY DEMAND WITHDRAWN / PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) A | CONTINUED DATE 08/10/83 P.H. | Continued for: | In Courtroom Nbr. #16 |
|---|---|---|---|---|---|---|
| COURT REPORTER *Tanyer* | COUNT(S) | Bench Warrant Ordered and Issued Forthwith / Bench Warrant Bond $ | COUNT(S) | Preliminary Hearing ☐ Held ☐ Waived | ☐ Held for G.J. Action ☐ No Probable Cause | Remaining counts to be dismissed at sentencing |
| Counsel: ☒ IS PRESENT ☐ IS NOT PRESENT | Defendant: ☒ IS PRESENT ☐ IS NOT PRESENT | | BOND $ | ☐ CASH ☐ SURETY | % | ☒ P.R. |

*Cont'd Golding: Plea Bargain gov*
*All 08/10/83.*

| Count(s) | Nolle Prosequi Prosecutor: | | | Defendant released and warned of Penalties for failure to return | ☐ DEFENDANT COMMITTED |
|---|---|---|---|---|---|
| DISPOSED CLOSED / Held G.J. / CONT. PAY / Show Cause | PENDING B/W / Status / Jury / Non Jury / Sent. | Others *AW* | Updated By | CLERK | JUDGE: COMMISSIONER KING |

| DATE: AUG 10 1983 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN / JURY DEMAND WITHDRAWN / PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) A | CONTINUED DATE 08/23/83 P.H. | Continued for: | In Courtroom Nbr. #16 |
|---|---|---|---|---|---|---|
| COURT REPORTER Eleanor M. McCLENNY, Official Court Reporter | COUNT(S) | Bench Warrant Ordered and Issued Forthwith / Bench Warrant Bond $ | | | | Remaining counts to be dismissed at sentencing |
| Counsel: ☒ IS PRESENT ☐ IS NOT PRESENT | Defendant: ☒ IS PRESENT ☐ IS NOT PRESENT | | BOND $ | ☐ CASH ☐ SURETY | % | ☐ P.R. |

*Cont'd Atty request* ... *08/23/83 (on objection)*
*Continued 08/23/83 for preliminary hearing*   *Atty A.C. Sweet*
*Twenty day Rule waived*   *Gov't: Plea Ofer Remains today*

| Count(s) | Nolle Prosequi Prosecutor: | | | Defendant released and warned of Penalties for failure to return | ☐ DEFENDANT COMMITTED |
|---|---|---|---|---|---|
| DISPOSED CLOSED / Held G.J. / CONT. PAY / Show Cause | PENDING B/W / Status / Jury / Non Jury / Sent. | Others *AW* | Updated By | CLERK | JUDGE: COMMISSIONER KING |

| DATE: AUG 23 1983 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN / JURY DEMAND WITHDRAWN / PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) | CONTINUED DATE | Continued for: | In Courtroom Nbr. |
|---|---|---|---|---|---|---|
| COURT REPORTER Marlene *Measure*, Official Court Reporter | COUNT(S) | Bench Warrant Ordered and Issued Forthwith / Bench Warrant Bond $ | COUNT(S) | Preliminary Hearing ☐ Held ☐ Waived | ☐ Held for G.J. Action ☐ No Probable Cause | Remaining counts to be dismissed at sentencing |
| Counsel: ☒ IS PRESENT ☐ IS NOT PRESENT | Defendant: ☒ IS PRESENT ☐ IS NOT PRESENT | | BOND $ | ☐ CASH ☐ SURETY | % | ☐ P.R. |

*Certified to Fred L. McIntyre*
*See M11259-83*

| Count(s) | Nolle Prosequi Prosecutor: | | | Defendant released and warned of Penalties for failure to return | ☐ DEFENDANT COMMITTED |
|---|---|---|---|---|---|
| DISPOSED CLOSED / Held G.J. / CONT. PAY / Show Cause | PENDING B/W / Status / Jury / Non Jury / Sent. | Others | Updated By | CLERK | JUDGE: COMMISSIONER KING |

| DATE: | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN / JURY DEMAND WITHDRAWN / PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) | CONTINUED DATE | Continued for: | In Courtroom Nbr. |
|---|---|---|---|---|---|---|
| COURT REPORTER | COUNT(S) | Bench Warrant Ordered and Issued Forthwith / Bench Warrant Bond $ | COUNT(S) | Preliminary Hearing ☐ Held ☐ Waived | ☐ Held for G.J. Action ☐ No Probable Cause | Remaining counts to be dismissed at sentencing |
| Counsel: ☐ IS PRESENT ☐ IS NOT PRESENT | Defendant: ☐ IS PRESENT ☐ IS NOT PRESENT | | BOND $ | ☐ CASH ☐ SURETY | % | ☐ P.R. |

| Count(s) | Nolle Prosequi Prosecutor: | | | Defendant released and warned of Penalties for failure to return | ☐ DEFENDANT COMMITTED |
|---|---|---|---|---|---|
| DISPOSED CLOSED / Held G.J. / CONT. PAY / Show Cause | PENDING B/W / Status / Jury / Non Jury / Sent. | Others | Updated By | CLERK | JUDGE: |

Name: _____  Docket No.: F.4123-83

PAGE TWO (2)

FORM W-4

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION
### COMPLAINT

No. USM 1650-83

District of Columbia ss:

The undersigned having made oath before me declared that on __or about the 3rd__ day of __March__, A.D. 19__83__, at the District aforesaid, one __Taldredge Avery Presson of 4501 Illinios Ave N.W.__ did then and there enter in the day or night time, break and enter, or enter without breaking, certain premises to wit: __604 Division Ave N.W.__ with intent to __steal property of another__

in violation of Title __22__ Section __1801 (b)__ of the District of Columbia Code.

Affiant's Name: __Kenneth R. Rodgers__

Subscribed and sworn to before me this __14th__ day of __June__, A.D. 19__83__

(Judge) / (Deputy ~~Clerk~~)
Superior Court of the District of Columbia

### WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for __Taldredge Avery Presson__

**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041** forthwith to answer said charge.

Issued __June 14th__, 19__83__.

Judge
Superior Court of the District of Columbia.

**SEX:** Male
**DOB:** 5-22-48
**CCR:** 101-047
**ID:** 200-880

Charge: __BURGLARY-11 with intent to steal__

Date of Offense: __on or about the 3-3-83__

Officer __Kenneth R. Rodgers__

Badge No: __3622 6D Det/__

OFFICER MUST EXECUTE RETURN:
Officers Name __Det. K.R. Rodgers__
Time __2200__
Date __7/14/83__

J-1623-75

U/o/00048