UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 07-007 (GK) |
| v. | : |
| ANDRE DREW, | : |
| Defendant | : |

**PARTIES' PROPOSED VOIR DIRE QUESTIONS**

The Parties hereby submit the following proposed set of voir dire questions, about which they are in agreement:

1. Mr. Drew is charged in a federal grand jury indictment with one count of enticing a minor to engage in sexual conduct for the purpose of producing photographs, two counts of first degree child sexual abuse, and one count of second degree child sexual abuse. The indictment alleges that Mr. Drew photographed two children engaging in sexual acts with each other, for the purpose of producing those photographs. The indictment also alleges that Mr. Drew had sexual contact with a child under the age of 16.

    a. Mr. Drew is presumed to be innocent of the charges against him. The burden is on the government to prove him guilty of each element of each offense beyond a reasonable doubt. The burden to prove Mr. Drew guilty never shifts to the defense throughout the trial.

    Are each of you willing to hold the government to its burden of proof, to think right now of Mr. Drew as an innocent person and keep thinking of him as innocent unless the government satisfies you beyond a reasonable doubt that he is guilty of each element of the offenses with which he is charged?

b. Does the fact that Mr. Drew was arrested and charged in connection with this crime make it difficult for you to presume him innocent?

c. Does any member of the panel know anything about this case?

d. Is there anything about the kind of charges in this case that would prevent you from rendering a fair and impartial verdict if you were selected to be a juror in this case? If yes, explain.

2. The Assistant U.S. Attorneys in this case are Julieanne Himelstein and Denise Simmonds. Do any of you know either Ms. Himelstein or Ms. Simmonds, or have you ever served on a jury or a grand jury in a case in which either was the government's lawyer?

3. The defendant in this case is Andre Drew. Mr. Drew is represented by attorneys Danny Onorato and Michael Starr. Does anyone know or recognize the defendant or his counsel?

4. The government may call the following witnesses during the trial: [Please refer to Government's List of Proposed Witnesses].

a. Does anyone recognize any of these potential witnesses? If yes, explain how.

5. The defendant may call the following witnesses during trial: [defendant's proposed witnesses].

a. Does anyone recognize any of these potential witnesses? If yes, explain how.

6. The allegations in this case involve children and sexually explicit depictions of children.

Can each of you remain fair and impartial given the nature of the allegations in this case?

    7. Have any of you, or your close friends or family members had experiences with violence or violent crime that would make it difficult for you to find Mr. Drew not guilty if the government has failed to prove him guilty?

    8. In this case, you will hear testimony from witnesses who are children. Is there anyone who would either give such testimony more or less weight simply because the witness is a child?

    9. You will hear testimony from at least one law enforcement officer. Would any of you be inclined to give either greater or lesser weight to the testimony of these Officers and or Detectives simply because he or she is a law enforcement official? If so, explain.

    8. Have any members of the panel, or any of your close friends or relatives, either studied law or received legal training? Have any members of the panel, or any of your close friends or relatives, ever worked for a lawyer or a law firm in any capacity, including, for example, as a legal assistant or investigator?

    a. If so, what areas of law have you or they practiced, studied, or received training in?

    b. Would this experience affect your ability to follow the judge's instructions of law?

    9. Are any members of the jury panel, or your relatives or close friends, currently employed or have been previously employed by a law enforcement agency or a court system, such as, the U.S. Secret Service, the FBI, the D.C. Corporation Counsel, the Metropolitan Police Department, U.S. Attorney's Office, or an office of probation or parole?

    a. If so, in what capacity?

    b. Would your employment or that of a friend or relative affect your ability to render a fair and impartial verdict?

10. Have any members of the panel ever served on a jury before? If so, when, what type of case, and what was the outcome? Was there anything about your prior jury experience that would lead you to feel more favorable to one side or the other in this case?

a. Has any member of the panel ever served as a member of a Grand Jury?

[The parties respectfully request that at some point prior to the beginning of proceedings the Court explain to the venire the difference between a Grand Jury and a Petit Jury]

11. The defendant in a criminal case is presumed to be innocent. (An indictment is merely a formal notice of charges and is not evidence in the case.) The government has the burden of proving the defendant guilty beyond a reasonable doubt. That burden does not shift throughout the trial. The defendant has no obligation to testify in his own behalf or call witnesses or put on a defense. Is there any member of jury panel that has any difficulty understanding and applying these rules? If yes, explain.

12. Does any member of the panel have any moral, religious, or other personal beliefs that would make it difficult for you to pass judgment on another human being in this case?

13. Has any member of the panel, or a close friend or relative, been a witness to, the victim of or charged with a crime such as charged here? If yes, explain.

14. Is there any member of the panel who, for any reason, believes that they could not participate in jury deliberations and render a fair and impartial verdict in this case?

15. You may hear evidence that Mr. Drew has a prior criminal conviction for conduct similar to the allegations in this case. Given that possibility, can you be fair and impartial and render any verdict based on the evidence presented in this case.

16. I expect that this case will take approximately three days to try. Does anyone have any

pressing commitment that would make sitting on this jury an extreme hardship? Are any of you suffering from a physical disability, especially one involving hearing, which would make it difficult for you to serve as an alert juror during the trial of this case?

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR #


By:_____
JULIEANNE HIMELSTEIN
ASSISTANT U.S. ATTORNEY
Bar Number 417136
(202) 514-8203


_____
DENISE SIMMONDS
ASSISTANT U.S. ATTORNEY

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by telecopier and by U.S. mail upon the following counsel of record:

Danny Onorato, Esquire
Michael Starr, Esquire
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004

_____
ASSISTANT U.S. ATTORNEY