UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-007 (GK) |
| | : | |
| ANDRE DREW | : | |
|     Defendant. | : | |

ADDENDUM TO GOVERNMENT'S MOTION IN LIMINE TO INTRODUCE
OTHER CRIMES AND BAD ACTS EVIDENCE PURSUANT TO
FEDERAL RULES OF EVIDENCE 404(b) AND 414

The United States Attorney, by and through the United States Attorney for the District of Columbia, hereby moves *in limine* for admission of additional evidence pursuant to Federal Rules of Evidence 404(b) and 414.  The government relies upon the points and authorities cited in the previously filed Government's Motion In Limine to Introduce Other Crimes and Bad Acts Evidence Pursuant to Federal Rules of Evidence 404(b) and 414 and at any hearing on this matter to support its request for admission of this evidence.

As undersigned counsel proffered in open-court, three additional young boys between the ages of 9 and 12 have been located.  They will testify that they know the defendant by the name "Thomas."  All three have been to the defendant's room on P Street., N.W.  All three boys will testify that they played video games inside defendant's room, were taken to a go-cart track nearby, were allowed to drive the defendant's car, and were given treats and money.  One of the boys will testify that while sitting on defendant's lap and driving defendant's car, the defendant told him, "you have a hard butt."  Another boy will testify that the defendant tried to kiss him.

WHEREFORE, for the above-stated reasons, the government respectfully requests that this Court (1) grant its motion *in limine* to admit the proposed evidence pursuant to Rule 404(b) and Rule 414 of the Federal Rules of Evidence; and (2) deny the defendant's motion to exclude that evidence.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

Julieanne Himelstein
Assistant U.S. Attorney
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-8203

_____

Denise A. Simmonds
Assistant United States Attorneys
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-8077

CERTIFICATE OF SERVICE

      We hereby certify this _____ day of May 2007, that a true and correct copy of the Addendum to Government's Motion In Limine to Admit Evidence Pursuant to Rules 404(b) and 414, was served upon defense counsel, Danny Onorato, Schertler & Onorato, 601 Pennsylvania Avenue, N.W., North Building, 9th Floor, Washington, D.C. 20004.

_____
Julieanne Himelstein
Assistant U.S. Attorney


_____
Denise A. Simmonds
Assistant U.S. Attorney