UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 07-007 (GK)** |
| | ) | |
| **ANDRE DREW** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

Andre Drew, by and through undersigned counsel, hereby respectfully files this Notice of Filing and attaches the letter sent to AUSA Julieanne Himmelstein and AUSA Denise Simmonds with regard to discovery material.

Respectfully submitted,

**SCHERTLER & ONORATO, L.L.P.**

/s/
Danny Onorato (D.C. Bar No. 480043)
Michael Starr (D.C. Bar No. 461773)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C. 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Counsel for Andre Drew*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that copies of was served electronically, on this 3rd day of May 2007, to the following:

Julieanne Himelstein
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 514-8203 (tel.)
(202) 305-8537 (fax)
julieanne.himelstein@usdoj.gov

                                      _____/s/_____
                                      Danny Onorato

# SCHERTLER & ONORATO, L.L.P.

| | | |
|---|---|---|
| David Schertler<br>*DC & IL Bars* | Vincent H. Cohen, Jr.<br>*DC, MD & NJ Bars* | Habib F. Ilahi<br>*DC & TX Bars* |
| Danny C. Onorato<br>*DC & CA Bars* | David H. Dickieson<br>*DC, MD, VA & PA Bars* | Carroll Crumbaugh Love<br>*DC & MD Bars* |
| | Lisa Fishberg<br>*DC, MD & NY Bars* | Julie L. Mitchell<br>*DC, MD & VA Bars* |
| | Mark E. Schamel<br>*DC, MD & NY Bars* | Mansi J. Shah<br>*VA Bar* |
| | Robert J. Spagnoletti<br>*DC, NJ, NY & TX Bars* | Michael Starr<br>*DC Bar* |
| | | Peter V. Taylor<br>*DC Bar* |

May 3, 2007

**Via Facsimile and Regular Mail**
Denise A. Simmonds
Julieanne Himmelstein
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 305-8537 (fax)

      Re:    *United States v. Andre Drew*, Criminal No. 07-0007

Dear Ms. Simmonds and Ms. Himmelstein:

      We are writing to request copies of any and all evidence reports, including mobile crime reports, PD-81s, and any other police documents, regarding the recovery of the film from the CVS pharmacy relevant to Mr. Drew's upcoming trial. We demand that the government produce these documents immediately.

      In addition, we understand that the government may be calling a deportable alien, Adesola Oni, as a witness in this case. We demand a copy of Mr. Oni's entire immigration file. In addition, we request that the government disclose the reasons for his deportation as well as the substance of any promises made to Mr. Oni with regard to his ability to remain in the United States. The government is required to produce these materials pursuant to *Giglio*. We must have this material immediately in order to properly prepare for trial. Please call me with any questions or concerns.

                                    Sincerely,

                                    Danny C. Onorato

ATTORNEYS AT LAW | 601 Pennsylvania Avenue, N.W. | 202.628.4199
North Building, 9th Floor | 202.628.4177 *fax*
Washington, D.C. 20004-2601 | www.schertlerlaw.com

# SCHERTLER & ONORATO, L.L.P.

05/03/07

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| AUSA Denise Simmonds<br>AUSA Julieanne Himmelstein | Danny C. Onorato, Esquire |

| COMPANY: | DATE: |
|---|---|
| | MAY 3, 2007 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| (202) 305-8537 | 2 |

| PHONE NUMBER: | REFERENCE NUMBER: |
|---|---|
| | |

| RE: | SENDER'S PHONE NUMBER: |
|---|---|
| US v. Andre Drew; Case No. 07-0007 | 202-628-4199 |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

ATTORNEYS AT LAW | 601 Pennsylvania Avenue, N.W. | 202.628.4199
North Building, 9th Floor | 202.628.4177 fax
Washington, D.C. 20004-2601 | www.schertlerlaw.com

```
                    TRANSMISSION VERIFICATION REPORT

                                                TIME   : 05/03/2007 15:52
                                                NAME   : SCHERTLERANDONORATO
                                                FAX    : 2026288770
                                                TEL    : 2026288770
                                                SER. # : BROB6J440065


        DATE,TIME              05/03 15:51
        FAX NO./NAME           93058537
        DURATION               00:00:33
        PAGE(S)                02
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

# S|O  SCHERTLER & ONORATO, L.L.P.

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| AUSA Denise Simmonds<br>AUSA Julieanne Himmelstein | Danny C. Onorato, Esquire |
| COMPANY: | DATE:<br>MAY 3, 2007 |
| FAX NUMBER:<br>(202) 305-8537 | TOTAL NO. OF PAGES INCLUDING COVER:<br>2 |
| PHONE NUMBER: | REFERENCE NUMBER: |
| RE:<br>US v. Andre Drew; Case No. 07-0007 | SENDER'S PHONE NUMBER:<br>202-628-4199 |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS: