UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*United States Government*

v.                                    :  Civil Action No. 07-007
                                      :  **FILED** (GK)
*Andre Drew*
    Defendant.                        :  MAY 10 2007

                                         NANCY MAYER WHITTINGTON, CLERK
                                             U.S. DISTRICT COURT

## Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

_____ /government (Denise A. Simmonds)
_____ /Andre Drew
_____ /Andre Drew
_____ /Given