UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            :
                                     :
         v.                          :   Criminal No. 07-007 (GK)
                                     :
ANDRE DREW,                          :   **FILED**
                                     :
         Defendant.                  :   MAY 10 2007
                                         NANCY MAYER WHITTINGTON, CLERK
                                         U.S. DISTRICT COURT

### NOTE FROM JURY

① Count 1, 3rd point: the phrase "produced using materials that were transported by any means in interstate or foreign commerce."

~~Does this apply to CVS~~ or Konica ~~purchasing~~ importing ~~there of more~~ material

Does this apply to materials imported by CVS or Konica ~~the~~ prior to Defendants involvement.

Date: 5/10/07

Time: 5:25 p.m.

_____
Foreperson