UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 07-007 (GK) |
| ANDRE DREW, | : |
| Defendant. | : |

**FILED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>NOTE FROM JURY</u>

Can we see defense Exhibit #1. We can't find it.

Date: 5/14/07

Time: 10:44 AM

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
                               :
                               :
          v.                   :   Criminal No. 07-007 (GK)
                               :
ANDRE DREW,                    :
                               :
          Defendant.           :

**FILED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

Can we see defense Exhibit #1. We can't find it.

Ladies and Gentlemen,
    Def. Ex 1 was not admitted into evidence.
                    Judge Kessler
                    5/14/07
                    11:21 a.m.

Date: 5/14/07

Time: 10:44 AM

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-007 (GK) |
| | : | |
| ANDRE DREW, | : | **FILED** |
| | : | |
| Defendant. | : | MAY 1 4 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NOTE FROM JURY**

(1) If there was testimony regarding an Exhibit that was not admitted, are we allowed to consider the ~~that~~ testimony about that Exhibit, or are we supposed to disregard said testimony?

(2) Was Government Exhibit 50 entered in as evidence?

Date: 5/14/07

Time: 2:39 pm.

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 07-007 (GK) |
| ANDRE DREW, | : **FILED** |
| Defendant. | : MAY 1 4 2007 |
| | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**NOTE FROM JURY**

(1) If there was testimony regarding an Exhibit that was not admitted, are we allowed to consider the ~~the~~ testimony about that Exhibit, or are we supposed to disregard said testimony?

(2) Was Government Exhibit 50 entered in as evidence?

Ladies and Gentlemen,
 #1. The jury may consider any testimony given about an exhibit whether it was admitted or not. #2. No.

Judge Kessler
5/14/07 – 3:20 pm.
_____
Foreperson

Date: 5/14/07

Time: 2:39 pm

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       :
                                :
                                :
            v.                  :    Criminal No. 07-007 (GK)
                                :
ANDRE DREW,                     :    **FILED**
                                :
            Defendant.          :    MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NOTE FROM JURY**

After much discussion, we have been unable to agree on 2 of the counts. We have come to agreement on the other 2 counts.

Date: 5/14/07

Time: 4:20 pm

_____
Foreperson