UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 07-007 (GK) |
| ANDRE DREW, | : |
| Defendant. | : |

FILED
MAY 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

We are unable to reach a verdict on counts #3 and #4.

Date: ~~A####~~ 5/15/07

_____
Foreperson

Time: 10:49 am