UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal No. 07-007 (GK) |
| ANDRE DREW, | : | **FILED** |
| Defendant. | : | MAY 1 5 2007 |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### VERDICT FORM

WE, THE JURY, unanimously return the following verdict:

With respect to Count I, Enticing a Minor to Engage in Sexual Conduct for the Purpose of Production, we the jury find the Defendant Andre Drew:

_____ Not Guilty       \_\_✓\_\_ Guilty

With respect to Count II, First Degree Child Sexual Abuse, we the jury find the Defendant Andre Drew:

_____ Not Guilty       \_\_✓\_\_ Guilty

With respect to Count III, First Degree Child Sexual Abuse, we the jury find the Defendant Andre Drew:

_____ Not Guilty       _____ Guilty

With respect to Count IV, Second Degree Child Sexual Abuse, we the jury find the Defendant Andre Drew:

_____ Not Guilty        _____ Guilty

_____
Foreperson

Date: _____5/15/07_____   Time: \_\_\_11:55 AM\_\_\_\_\_