UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 07-007 (GK) |
| : | |
| ANDRE DREW, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME IN WHICH TO
FILE OPPOSITION TO DEFENDANT'S MOTION FOR A NEW TRIAL**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court for extension of time for filing Opposition to Defendant's Motion for a New Trial. In support of its motion, the Government states as follows:

1. On June 19, 2007, undersigned counsel received a message from the Court inquiring about the government's response to defendant's Motion for a New Trial. Undersigned counsel contacted chambers and was informed that defendant had filed his Motion on May 29th, 2007. Undersigned counsel was not aware of this filing.

2. Undersigned counsel respectfully requests that the due date for filing this pleading is set for July 5, 2007.

WHEREFORE, the United States requests that its motion be granted and that the time within which to file this pleading is enlarged to July 5, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
JULIEANNE HIMELSTEIN
ASSISTANT U.S. ATTORNEY
Federal Major Crimes Section
555 4th Street, NW
Washington, DC 20001
(202) 514-8203

_____
DENISE SIMMONDS
ASSISTANT U.S. ATTORNEY
Sex Offense/ Domestic Violence Section
555 4th Street, NW
Washington, DC 20001
(202) 353-8077

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing motion was served upon Danny Onorato, at Schertler & Onorato, 601 Pennsylvania Avenue, N.W., North Building, 9th Floor, Washington, D.C. 20004, on the 21st day of June, 2007.

_____
JULIEANNE HIMELSTEIN
ASSISTANT U.S. ATTORNEY