UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CRIMINAL NO. 07-007 (GK) |
| ) | |
| ANDRE DREW ) | |
|    Defendant. ) | |

## NOTICE

Defendant, Andre Drew, by and through undersigned counsel, respectfully submits this notice regarding the Court's Order dated July 16, 2007. A jury convicted Mr. Drew of Counts 1 and 2 of the Indictment on May 14, 2007. The Court granted a mistrial on Counts 3 and 4 on May 15, 2007. Counsel for Mr. Drew moved orally to extend the time in which to file a motion for a new trial on or about May 15, 2007. The Court granted the request and ordered counsel to file the motion on or before May 29, 2007. The Court denied Mr. Drew's motion for a new trial filed on May 29, 2007, in part, because the Court deemed it had been late-filed. Mr. Drew respectfully requests that the Court reconsider his motion based on the above.

Respectfully submitted,

**SCHERTLER & ONORATO, L.L.P.**

                /s/
Danny Onorato (D.C. Bar No. 480043)
Michael Starr (D.C. Bar No. 461773)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C. 20004
202-628-4199 *telephone*
202-628-4177 *facsimile*

Counsel for Andre Drew

## **CERTIFICATE OF SERVICE**

I hereby certify that copies were served electronically, on this 16th day of July, 2007, to the following:

Julieanne Himelstein
Denise A. Simmonds
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20001
(202) 514-8203 (tel.)
(202) 305-8537 (fax)
julieanne.himelstein@usdoj.gov
denise.simmonds@usdoj.gov

                                                  _____/s/_____
                                                  Danny Onorato