UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal Action No. 07-007 (GK) |
| : | |
| ANDRE DREW, : | **FILED** |
| : | |
| Defendant. : | AUG 0 1 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

## ORDER

On July 16, 2007, the Court issued a Memorandum Opinion denying Defendant's Motion Seeking a New Trial. The denial was based upon three reasons, one of which was that the Defendant's Motion was untimely. On that same date, Defendant filed a Notice informing the Court that although the new trial Motion was initially due to be filed on May 24, 2007, the deadline hd been extended to May 29, 2007, when the Motion was in fact filed.

The Government argued in its Opposition that the Motion had been filed untimely. The Defendant failed to file a Reply rebutting this argument. In addition, there is no docket entry that the request for additional time to file until May 29, 2007 was granted. However, the Government has filed no response to or disagreement with the Defendant's Notice of July 16, 2007. Given all this confusion, and given the demonstrated competence, experience, and integrity of Defendant's counsel, the Court will accept as true and accurate the information he supplied in his Notice.

Consequently, the Memorandum Opinion of July 16, 2007 will be amended to strike the paragraph under "I," and the next two headings will be renumbered as "I" and "II." Thus, the Motion for new trial is being denied on the grounds that the identification of A.B. is not an essential element of Count 2 and that the Defendant failed to show that the Government lost exculpatory evidence.

**IT IS SO ORDERED**.

August 1, 2007

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**