Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal No. 07-CR-0007 |
| | ) | |
| Andre Drew | ) | |

## NOTICE OF APPEAL

Name and address of appellant:        Andre Drew
                                      D.C. Jail
                                      1901 D Street, SE
                                      Washington, DC 20003

Name and address of appellant's attorney:   Danny C. Onorato, Esquire
                                            601 Pennsylvania Avenue, NW
                                            North Building, 9th Floor
                                            Washington, DC 20004

Offense:   Count 1: Enticing a Minor to Engage in Sexual Conduct for the Purpose of Production; Count 2: First Degree Child Sexual Abuse

Concise statement of judgment or order, giving date, and any sentence:

> Mr. Drew is appealing any and all adverse legal rulings, including, pretrial, trial and sentencing rulings. He is also appealing the jury's verdict convicting him of Counts 1 & 2 of the Indictment. On September 6, 2007, the Court sentenced Mr. Drew to 327 months for Count 1 and 316 months for Count 2, to run consecutively with one another.

Name and institution where now confined, if not on bail:   D.C. Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9/10/07
DATE

_[signature] for MR. DREW_
APPELLANT

_[signature]_
ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | ☐ |
| CJA, NO FEE | ✔ |
| PAID USDC FEE | ☐ |
| PAID USCA FEE | ☐ |

Does counsel wish to appear on appeal?          YES ☐   NO ✔
Has counsel ordered transcripts?                YES ☐   NO ✔
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ✔   NO ☐