Penders

HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-007 |
| vs. | : | SSN: _____ |
| DREW, Andrew | : | Disclosure Date: August 2, 2007 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____       _____
Prosecuting Attorney                                            Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
(X)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____       _____
Defendant          Date                              Defense Counsel     8/22/07  Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by August 16, 2007, to U.S. Probation Officer Michael Penders, telephone number (202) 565-1379, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Gennine A. Hagar, Chief
     United States Probation Officer

Andre Drew's Objections to the Presentence Report

1. Mr. Drew objects o the offense conduct described in paragraphs 5-13.
2. Mr. Drew objects to an adjusted offense level for multiple victims pursuant to 3D1.4. He will address the adjustment in a sentencing memorandum to be filed prior to sentencing.
3. Mr. Drew objects to the contents of paragraph 50.
4. Mr. Drew disputes the facts in paragraph 51.
5. On page 13, Paragraph 53, Mr. Drew disputes the alleged threats made to his probation officer. He also disputes the contention that his sentence was erroneously calculated.
6. Mr. Drew denies the facts contained in paragraph 58.
7. In paragraph 63, Mr. Drew maintains that he left home to attend the job corps and not to live on the streets or with friends.
8. In paragraph 78, page 18, Mr. Drew disputes that he was incarcerated between 1967 and 1970.